No. 1942, Misc.  BECKMAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 1952, Misc.  WILLIAMS *v.* RUSSELL, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 1954, Misc.  BIANCOFIORI *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 1959, Misc.  HARRIS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 1961, Misc.  MAGGIO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1963, Misc.  HUFFMAN *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 1970, Misc.  GRAHAM *v.* FITZHARRIS, WARDEN. Sup. Ct. Cal.  Certiorari denied.

No. 1972, Misc.  ROBINSON *v.* BLACKWELL, WARDEN. C. A. 5th Cir.  Certiorari denied.

No. 1977, Misc.  DEMETER *v.* YEAGER, PRINCIPAL KEEPER.  C. A. 3d Cir.  Certiorari denied.

No. 1983, Misc.  BELLINGER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 1988, Misc.  LOPEZ *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 1994, Misc.  CARSON *v.* ELROD, SUPERINTENDENT, DEPARTMENT OF PUBLIC WELFARE.  C. A. 4th Cir.  Certiorari denied.